IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-459-D
No. 5:20-CR-308-D

| | |
|---|---|
| DETAVIA BAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

On June 19, 2020, petitioner moved for relief under 28 U.S.C. § 2255 [D.E. 38]. On September 16, 2020, the court stayed the matter [D.E. 43]. On July 22, 2021, the court entered a briefing order [D.E. 47]. On September 21, 2021, the government moved to dismiss [D.E. 48] and filed a memorandum in support [D.E. 49]. On October 8, 2021, petitioner withdrew his section 2255 motion [D.E. 51]. In light of petitioner's withdrawal of his motion, the government's motion to dismiss [D.E. 48] is DISMISSED AS MOOT.

SO ORDERED. This _16_ day of November, 2021.

JAMES C. DEVER III
United States District Judge